IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV420-RLV-DSC

| | |
|---|---|
| GLORIA DOOMS, Individually and on behalf of the estate of Jerry Wayne Dooms, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DR. REDDY'S LABORATORIES, LTD and DR. REDDY'S LABORATORIES, INC., | ) ) ) |
| Defendants. | ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission ro Practice Pro Hac Vice [for Patty Ann Trantham and Barrett Beasley]" (documents ##6-7) filed October 5, 2010. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: October 5, 2010

David S. Cayer
United States Magistrate Judge