IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-00420-RLV-DSC

| | |
|---|---|
| GLORIA DOOMS, Individually an on behalf of the Estate of Jerry Wayne Dooms, <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for John R. Isparo and Megan B. Gramke]" (documents ##19-20) filed January 25, 2011. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: January 25, 2011

David S. Cayer
United States Magistrate Judge