IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Gloria Dooms, *et al* | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 3:10-cv-00420-RLV-DSC |
| | ) |
| Dr. Reddy's Laboratories, Ltd., *et al* | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO STAY

This matter came to be heard on Plaintiff Gloria Dooms' Motion to Stay, pending the outcome of proceedings in the United States Supreme Court in the matters of *Demahy v. Actavis, Inc.*, 593 F. 3d 428 (5th Cir. 2010) *certiorari granted as Actavis, Inc. v. Demahy*, No. 09-1501; and *Mensing v. Wyeth, Inc.*, 588 F.3d 603 (8th Cir. 2009), *certiorari granted as Pliva, Inc. v. Mensing*, No. 09-993 and *Actavis Elizabeth, LLC v. Mensing*, No. 09-1039 (the "Consolidated Cases").

Upon consideration of the Motion, and for good cause shown, it is **HEREBY ORDERED**:

1. This matter is stayed for all purposes, pending the outcome of the Consolidated Cases;
2. The Court's Rule 26 Scheduling Order (Document 17) is vacated, and the trial date for this matter is continued to a date to be determined;
3. Deadlines for all pre-trial proceedings, including discovery and required disclosures, are stayed and will be rescheduled, if necessary, commensurate with a new trial date;
4. Deadlines for responding to any pending discovery requests, including requests for admission, interrogatories, and requests for production, are stayed until further proceedings, consistent with this Order;
5. Plaintiff shall notify the Court within 30 days of a decision by the United States Supreme Court in the Consolidated Cases, with notice to Defendant.

**SO ORDERED**.

Signed: March 1, 2011

David S. Cayer
United States Magistrate Judge